# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| BAV, a Division of VSE Corp. | ) | ASBCA No. 59772 |
| | ) | |
| Under Contract No. N00140-95-D-F021 | ) | |

APPEARANCES FOR THE APPELLANT:

Craig S. King, Esq.
Kevin R. Pinkney, Esq.
Christopher A. Bowen, Esq.
  Arent Fox LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Russell A. Shultis, Esq.
Rawn M. James, Jr., Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

Appellant has moved to dismiss its appeal with prejudice. The government has no objection. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 8 June 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59772, Appeal of BAV, a Division of VSE Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals